# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FELECIA BRIDGES**                                                              **PLAINTIFF**

**V.**                                                              **NO. 4:20-CV-89-DMB-DAS**

**ANDREW SAUL,**
**Commissioner of Social Security**                                      **DEFENDANT**

## ORDER

On June 21, 2021, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") in this appeal by Felecia Bridges from an unfavorable decision of the Commissioner of Social Security. Doc. #21. The R&R recommends that the decision be affirmed. *Id*. at 6. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [21] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 9th day of July, 2021.

                                                                                          /s/Debra M. Brown
                                                                                **UNITED STATES DISTRICT JUDGE**